The People of the State of Illinois, defendant in error, v. Morton Greene, plaintiff in error. Gen. No. 30,253.

Prosecution for employing minors as singers and dancers. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court

for the first district at the December term, 1924. Affirmed. Opinion filed October 28, 1925.

I. B. Perlman, for plaintiff in error; Isidore Goodman, of counsel. Edward J. Brundage, Attorney General, Albert D. Rodenberg, Virgil L. Blanding, Edward C. Fitch, Assistant Attorneys General, and Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Taylor delivered the opinion of the court.